ORIGINAL

CL_____ _T COURT
N__TH___ _T. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT 2021 FEB -2 PM 4:37
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_ _ _ CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   4:21-cr-24-Y |
| FAIZ ABDALLAHI (01)<br>SEVERO ZAMORA (02) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Entry of Goods by Means of False Statement
(Violation of 18 U.S.C. § 542; 18 U.S.C. § 2)

On or about May 15, 2017, within the Northern District of Texas, the defendants,

**Faiz Abdallahi**, **Severo Zamora**, aided and abetted by each other, and others known and

unknown to the Grand Jury, willfully and knowingly attempted to enter and introduce

into the commerce of the United States imported merchandise (1) by means of false and

fraudulent invoices, declarations, forms, and papers, and (2) false statements.

Specifically, defendants **Faiz Abdallahi**, **Severo Zamora**, aided and abetted by

each other, and others known and unknown to the Grand Jury, attempted to enter and

introduce a shipment containing approximately 2300 cylinders of R22 by submitting and

causing to be submitted to United States Customs and Border Protection documents

containing false and fraudulent statements and information, and procuring the making of

false statements in said documents, namely, the false claims that the shipment contained

**Indictment - Page 1**

R32 refrigerant gas, with a HTS Code of 3824.78.0020, and a U.N. number of 3252,

without reasonable cause to believe the truth of the statements.

In violation of 18 U.S.C. § 542; 18 U.S.C. § 2.

<u>Counts Two-Five</u>
Smuggling Goods into the United States
(Violation of 18 U.S.C. § 545; 18 U.S.C. § 2)

On or about the dates listed below, in the Northern District of Texas, the

defendants, **Faiz Abdallahi, Severo Zamora**, aided and abetted by each other, and others

known and unknown to the Grand Jury, knowingly and willfully, with intent to defraud

the United States, made out and passed, and caused to be made out and passed, through a

customhouse of the United States, the false and fraudulent invoices and other documents

set forth below, in order to import into the United States a containers shipment which

contained R22.

| COUNT | DATE | FALSE AND FRAUDULENT DOCUMENT |
|---|---|---|
| 2 | 5/15/2017 | Entry/Immediate Delivery Form (CBP Form 3461) Indicating Shipment of Refrigerant Gas 32 |
| 3 | 5/10/2017 | Arrival Notice/Freight Invoice Reference No. LAOI136307 indicating entry of Refrigerant Gas R32, U.N. No. 3252 |
| 4 | 5/1/2017 | Commercial Invoice No. YT17031450 indicating entry of Refrigerant Gas R32, U.N. No. 3252 |
| 5 | 5/1/2017 | Packing List for Invoice No. YT17031450 indicating the entry of Refrigerant Gas R32, U.N. No. 3252 |

In violation of 18 U.S.C. § 545; 18 U.S.C. § 2.

A TRUE BILL.

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

DOUGLAS A. ALLEN
Assistant United States Attorney
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Email: Douglas.Allen@usdoj.gov

**Indictment – Page 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

FAIZ ABDALLAHI (01)
SEVERO ZAMORA (02)

INDICTMENT

18 U.S.C. § 542; 18 U.S.C. § 2
Entry of Goods by Means of False Statement
1 Count

18 U.S.C. § 545; 18 U.S.C. § 2
Smuggling Goods into the United States
4 Counts

A true bill rendered

                                                            FOREPERSON

DALLAS

Filed in open court this 2nd day of February, 2021.

**Summons to Issue as to Defendant (01) and Defendant (02)**

UNITED STATES MAGISTRATE JUDGE
Criminal Magistrate Number: 4:20-MJ-780-BJ